GERTRUDE SMITH, as Administratrix of the Estate of HARRY A. SMITH, Deceased, Appellant, *v.* THE LONG ISLAND RAILROAD COMPANY, Respondent.

*Smith v. Long Island R. R. Co.,* 113 App. Div. 922, affirmed.
(Argued October 11, 1907; decided October 29, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 30, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.

*Edward J. McCrossin* for appellant.

*William C. Beecher* and *Joseph F. Keany* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ.   Absent : VANN, J.